# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 25, 2025

The Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re:   *United States v. Oscar Mata Lemus*, 25 Cr. 297 (CS)

Dear Judge Seibel:

I write to request that Oscar Mata Lemus' conference scheduled for September 29, 2025, be adjourned to October 15, 2025, at 3:30 pm as the parties are still trying to achieve a pretrial resolution.

By way of background, on June 30, 2025, Oscar waived his right to prosecution by indictment before The Honorable Andrew E. Krause. That same day, the parties appeared before Your Honor for pretrial conference. Ms. Rachel Martin informed the Court that new counsel from Federal Defenders will be assigned to represent Oscar Mata Lemus. This Court adjourned the case for the parties to continue discussions regarding pretrial resolution and to enable smoother transition to new counsel. The government recently extended a plea offer. A short adjournment will give Oscar Mata Lemus and his counsel time to review and discuss the government's offer.

This is the first adjournment request before Your Honor. Several applications for continuance were requested and granted before the Magistrate. Defense counsel has discussed this requested adjournment with AUSA Marcia Cohen. She has no objection. If the request is granted, the parties also agree that the time period from September 29, 2025, to October 15, 2025 be excluded from the computation of time under the Speedy Trial Act.

Sincerely,

Sungso Lee

cc:  AUSA Marcia Cohen

Conference adjourned to 10/15/25 at 3:30 pm.  The time between today and 10/15/25 is hereby excluded under the Speedy Trial Act in the interests of justice.  The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue discussions regarding a possible disposition without trial.

SO ORDERED.       9/25/25

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.