# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

October 10, 2025

The Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

      Re:   *United States v. Oscar Mata Lemus*, 25 Cr. 297 (CS)

Dear Judge Seibel:

I write to request that Oscar Mata Lemus' conference scheduled for October 14, 2025, be adjourned to November 21, 2025, at 2:30 pm as the parties are still trying to achieve a pretrial resolution.

By way of background, on June 30, 2025, Oscar waived his right to prosecution by indictment before The Honorable Andrew E. Krause. That same day, the parties appeared before Your Honor for pretrial conference. Ms. Rachel Martin informed the Court that new counsel from Federal Defenders will be assigned to represent Oscar Mata Lemus. This Court adjourned the case for the parties to continue discussions regarding pretrial resolution and to enable smoother transition to new counsel. The government extended a verbal plea offer which has been discussed with Oscar Mata Lemus. The parties need a short adjournment to draft a written plea agreement and for Oscar Mata Lemus and his counsel time to review and discuss the written agreement.

This is the second adjournment request before Your Honor. Several applications for continuance were requested and granted before the Magistrate. Defense counsel has discussed this requested adjournment with AUSA Marcia Cohen. She has no objection. If the request is granted, the parties also agree that the time period from October 14, 2025, to November 21, 2025 be excluded from the computation of time under the Speedy Trial Act.

                Sincerely,

                Sungso Lee

cc:  AUSA Marcia Cohen